UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE # 3:21-CV-1069-HES-MCR

JAMES FISHER
-VS-
STATE OF FLORIDA
AND
JUDGE KRISTINA
K. MOBLEY

## Complaint

JAMES FISHER A RESIDENT OF DUVAL COUNTY
JACKSONVILLE FLA RECEIVES MAIL AT P O BOX
1942 JAX, FLA 32201 AND IS SUBJECT TO
VENUE AND JURISDICTION OF THIS
HONORABLE COURT

2

DEFENDANT KRISTINA K MOBLEY A JUDGE FOR THE
4TH JUDICIAL CIRCUIT FOR THE STATE OF FLORIDA IS
A CLAY COUNTY COURT JUDGE AT 825 NORTH ORANGE
AVENUE Green Cove Springs, FLA 32043 ROOM 2
AND IS SUBJECT TO VENUE AND JURISDICTION
OF THIS HONORABLE COURT

3

Comes now Plaintiff AND STATES THIS THEIR
COMPLAINT AS follows TO WIT:

This court is empowered to hear and try this case as it clearly envolves the 25th amendment to the constitution as well as an Act of Congress (1974 Immunity Act)

-2-

Approx 4 years ago Defendant used her position as a Judge to sign and issue an order to place Simon E. Tully into a Teen Rehab in Hastings Florida due to Mr. Tully attempting to kill himself by setting his parents home on fire and barracading himself inside! While Mr. Tully was in the Rehab he was repeatedly raped by the staff and was further subjected to repeated violence and abuse! Please note that Simon's mother abused Simon Since age 4 on until the Defendant ordered him to Hastings Rehab —

Currently the U.S. Dept of Justice (Washington DC) is investigating Clay County police for criminal facilitation of Agg child abuse and reckless endangerment of a minor child son returning Simon to his mother when he ran away - multiple times

Had it not been but for this Defendant signing and issuing the court order Simon would have never been in a place where he was raped and abused

Further note that this Petitioner is currently Simon Tully's Guardian & Caregiver as Simon has seven mental health issues

— 3 —

The relief Plaintiff is asking to receive is

1) One million dollars for undue stress caused as a direct result of Defendants actions

2) Defendant be arrested and held without bond pending trial

3) Defendant be removed from her job as Defendant is incompetent to be a Judge

4) An order to have Defendant examined by a mental health doctor to determine if Defendant is stable to stand trial

5) A trial by jury

-4-

STATEMENT OF ACTION JUSTIFICATION

PLAINTIFF IS ENTITLED TO RELIEF ON THE FOLLOWING GROUNDS

1) Defendant waived their right to immunity from prosecution by recklessly endangering the life of a minor child with a documented history of mental health issues

2) Defendant should be removed from her position as a Judge pursuant to the 25th Amendment as Defendant appears to be incompetent to do her job

3) In the interest of Justice this Defendant should be removed from her position as a Judge and arrested on multiple charges before she endangers another person

Wherefore Plaintiff now prays this Honorable Court to grant relief

James Isley, PRO SE
10-25-21
PO Box 1942
Jay, Fla 32565
904-496-1678