UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JAMES FISHER,**

    **Plaintiff,**

v.                                       CASE NO. 3:21-cv-1069-HES-MCR

**STATE OF FLORIDA and JUDGE
KRISTINA K. MOBLEY,**

    **Defendants.**

_____/

## ORDER

This cause is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 6) recommending Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 2) be denied, and this case be dismissed. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 6) is **ADOPTED**;

2. This Complaint (Dkt. 1) is **DISMISSED without prejudice**; and

3. The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this ___17___ day of November, 2021.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Monte C. Richardson
James Fisher, *Pro Se*
    P.O. Box 1942
    Jacksonville, FL 32201